UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Sophie Laing v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10786-DRH-PMF |
| *Armine Karapetian, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12206-DRH-PMF |
| *Dané Tiensch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11556-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on January 20, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Cheryl A. Ritter*
Deputy Clerk

Date: January 20, 2015

APPROVED:

Digitally signed by
David R. Herndon
Date: 2015.01.20
15:06:57 -06'00'

DISTRICT JUDGE
U. S. DISTRICT COURT